## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Sherri Bourdage

vs.

Officer Stachula, Star #6600, et. al.

07CV 7219
JUDGE KENDALL
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sherri Bourdage

**FILED**

DEC 2 6 2007    **NB**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Thomas Peters | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Thomas Peters* | |
| FIRM | |
| STREET ADDRESS<br>407 S. Dearborn, Suite 1675 | |
| CITY/STATE/ZIP<br>Chicago, IL 60605 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02183587 | TELEPHONE NUMBER<br>(312)697-0022 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐