# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Sherri Bourdage

V.

Officer Stachula, Star #6600, et. al.

CASE NUMBER: **07CV 7219**

ASSIGNED JUDGE: **JUDGE KENDALL**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Officer Stachula, Star #6600
Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Peters
Kevin Peters
407 S. Dearborn, Suite 1675
Chicago, IL 60605

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**NADINE FINLEY**

(By) DEPUTY CLERK

DEC 2 6 2007

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 12/28/07 |
| NAME OF SERVER *(PRINT)* Mark J.I. Brown | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: CPD Headquarters
3510 S. Michigan Ave. Chicago, IL 60653

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/28/07
*Date*

*Signature of Server*

40 S. Dearborn St. Ste 1675, Chicago, IL 60605
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.