IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHERRI BOURDAGE, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 5159 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| OFFICER STACHULA and the CITY OF CHICAGO, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendants, the City of Chicago and Chicago Police Officer Christopher Stachula, by one of their attorneys, Kathryn M. Doi, Assistant Corporation Counsel, respectfully request this Honorable Court for an extension of time up to and including February 29, 2008 in which to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendants state:

1. This matter was filed on December 26, 2007, naming the above-listed individual officer and the City as defendants.

2. Summons and Complaint have recently been served on the City and personally served on Defendant Stachula.

3. The undersigned has not yet been able to interview the police personnel necessary to answer or otherwise plead to Plaintiff's Complaint.

4. The undersigned also has ordered, but has not yet received, any of the Chicago Police Department records to enable Defendants to properly respond to Plaintiff's Complaint.

5. This motion is Defendants' first request for an extension of time to answer

or otherwise plead.  Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

6. Plaintiff's counsel was informed of the content of this motion on January 23, 2008 and agrees with its terms.

**WHEREFORE**, Defendants, the City of Chicago and Christopher Stachula, respectfully request that they be given until February 29, 2008 to answer or otherwise plead to Plaintiff's Complaint.

Respectfully Submitted,

**/s/ Kathryn M. Doi**
KATHRYN M. DOI
Assistant Corporation Counsel
Attorney for Defendants

Suite 1400
30 N. LaSalle Street
Chicago, IL 60602
(312) 744-0742
Attorney No. 06274825