UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Sherri Bourdage
                Plaintiff,

v.                                  Case No.: 1:07−cv−07219
                                  Honorable Virginia M. Kendall

Officer Stachula, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 25, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Defendant's Agreed Motion for Extension of Time to Answer [10] is granted. Defendant is given until 2/29/2008 to answer or otherwise respond to the complaint. The 1/31/08 hearing date noticed for said motion is stricken; no appearance is required. The Initial Status hearing previously set for 2/25/08 is reset to 3/6/2008 at 09:00 AM. Joint Status Report due 3/3/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.