IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHERRI BOURDAGE, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7219 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| OFFICER STACHULA and the CITY OF CHICAGO, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER</u>**

Defendants, City of Chicago and Chicago Police Officer Christopher Stachula, by one of their attorneys, Kathryn M. Doi, Assistant Corporation Counsel, respectfully move this Court, pursuant to Fed.R.Civ.P. 26(c) and 45 C.F.R. §§ 160 and 164, for entry of the attached "Qualified HIPAA and Confidential Matter Protective Order." In support thereof, Defendants state as follows:

1. The parties anticipate that documents pertaining to the parties and non-parties may be sought and produced in this matter. The parties also anticipate production in this litigation of confidential information, such as Chicago Police Department employee complaint histories, CPD internal investigative files ("Complaint Register" or "CR" files) and medical information covered by the Health Insurance Portability and Accountability Act. Complaint Register files contain private information regarding police officers and other Chicago Police Department personnel (including third-parties), including but not limited to personal identifiers of officers and their families, disciplinary histories and medical information, as well as other information about non-party civilians and witnesses that is sensitive or of a non-public nature.

2.	Medical information is protected by the Health Insurance Portability and Accountability Act of 1996, codified primarily at 18, 26 and 42 U.S.C. (2002).  The "Privacy Standards" for such information is found at 45 C.F.R. §§ 160 and 164 (2000).

3.	Complaint Registers, disciplinary histories and related information are protected by the Illinois Personnel Records Review Act, 820 ILCS 40/0.01 (West 2004) and the Illinois Freedom of Information Act, 5 ILCS 140/7 (West 2004).

4.	The proposed "Qualified HIPAA and Confidential Matter Protective Order," attached hereto, prohibits use of personal, employment and disciplinary information; medical information covered by the Health Insurance Portability and Accountability Act; and Complaint Register files for any purpose other than litigation of this case.  It prohibits their dissemination to parties outside this litigation, and requires their return to the producing party at the end of this litigation.  Such an order would ensure the protection of such information, consistent with the principles of federal and Illinois law.  This order will also protect against improper dissemination of confidential information and unfairness in the trial process.

	WHEREFORE, Defendants respectfully requests this Court enter the attached Protective Order.

Respectfully Submitted,

/s/ Kathryn M. Doi
KATHRYN M. DOI
Assistant Corporation Counsel

30 N. LaSalle, Suite 1400
Chicago, IL  60602
312/ 744-0742
Atty. No. 06274825