IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHERRI BOURDAGE, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7219 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| OFFICER STACHULA and the CITY OF CHICAGO, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

**TO:**  Thomas Peters
Kevin Peters
407 S. Dearborn, Suite 1675
Chicago, IL 60605

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER**, a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge Kendall, or before such other Judge sitting in her place or stead, on the next status hearing in this case, the 6th day of March, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

   I hereby certify that I have caused a true and correct copy of the above and foregoing to be delivered via ECF electronic filing to the persons named above on this February 28, 2008.

                                        Respectfully Submitted,

                                        **/s/ Kathryn M. Doi**
                                        KATHRYN M. DOI
                                        Assistant Corporation Counsel

30 N. LaSalle, Suite 1400
Chicago, IL 60602
(312) 744-0742
Attorney No. 06274825