# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sherri Bourdage

                Plaintiff,

v.                                   Case No.: 1:07−cv−07219
                                          Honorable Virginia M. Kendall

Officer Stachula, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Initial Status hearing held. Defendant's Motion for a Protective Order [13] is granted. Fact discovery ordered closed 8/11/2008. Dispositive motions due 9/12/08; responses due 10/14/08; replies due 10/28/08. Jury trial set for 3/16/2009 at 9:15 AM. Status hearing set for 8/12/2008 at 9:00 AM.  Mailed notice. (kw, ) Modified on 3/13/2008 (kw, ).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.