IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| **SHERRI BOURDAGE,** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 07 C 7219 |
| | ) |
| **OFFICER STACHULA, STAR #6600** | ) Judge Kendall |
| **and THE CITY OF CHICAGO,** | ) |
|     Defendants. | ) Magistrate Judge Denlow |

_____

## MOTION TO AMEND

NOW COMES the Plaintiff, SHERRI BOURDAGE, by and through her attorneys Thomas Peters and Kevin Peters and respectfully requests this Honorable Court grant her motion to amend her complaint. In support thereof plaintiff states:

1. This complaint was filed on December 26, 2007.

2. Defendants are represented by Kathryn Doi, Assistant Corporation Counsel.

3. The defendants have answered the complaint and Rule 26(a) disclosures have been made.

4. The parties have exchanged written discovery and are making arrangements for the taking each others deposition.

5. The original complaint, Count I, at paragraphs 8, 10, 12, 13 and 17, Count II, paragraph 1, and Count IV, paragraph 23, mistakenly list the date of occurrence as March

13, 2007.

6.  The correct date of occurrence is March 14, 2007.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant her motion to strike the date March 13, 2007, wherever it appears in the complaint and insert the date March 14, 2007.

    Respectfully Submitted,

    S/ Kevin Peters
    THOMAS PETERS
    KEVIN PETERS
    Attorneys for Plaintiff
    407 S. Dearborn, Suite 1675
    Chicago, Illinois 60605
    312-697-0022