IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| **SHERRI BOURDAGE,** | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) No. 07 C 7219 |
| | ) |
| **OFFICER STACHULA, STAR #6600** | ) Judge Kendall |
| **and THE CITY OF CHICAGO,** | ) |
|     Defendants. | ) Magistrate Judge Denlow |

_____

### NOTICE OF MOTION

TO:   Kathryn M. Doi
        Assistant Corporation Counsel
        30 N. LaSalle, Room 1400
        Chicago, Illinois 60602

    PLEASE TAKE NOTICE that on June 5, 2008, I shall appear before the Honorable Judge Kendall, in Room 2119 at 219 S. Dearborn, Chicago, Illinois, at 9:00 a.m., and then and there present the attached ***MOTION TO AMEND COMPLAINT.***

                                            S/ Kevin Peters
                                            THOMAS PETERS
                                            KEVIN PETERS
                                            ATTORNEY FOR PLAINTIFFS
                                            407 S. Dearborn, Suite 1675
                                            Chicago, IL 60605
                                            3l2-697-0022

**CERTIFICATE OF ELECTRONIC SERVICE**

      Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 30th day of May, 2008.

                                            S/ Kevin Peters