IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHERRI BOURDAGE, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7219 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| OFFICER STACHULA and the CITY OF CHICAGO, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION TO EXTEND
THE TIME IN WHICH TO COMPLETE FACT DISCOVERY**

Defendants, the City of Chicago and Chicago Police Officer Christopher Stachula, by one of their attorneys, Kathryn M. Doi, Assistant Corporation Counsel, respectfully request an extension of fact discovery, up to and including September 30, 2008, in order to complete substantial oral and written discovery. In support of this motion, Defendants state as follows:

1.  Plaintiff filed her complaint against Defendants for alleged violations of her civil rights under 42 U.S.C. §1983 and Illinois state law. Plaintiff alleges that she was falsely arrested and maliciously prosecuted by Defendant Stachula, and that the officer used excessive force against her during the arrest. Plaintiff is claiming substantial emotional and financial damages.

2.  The parties have engaged in extensive written discovery in this case, the yield of which has been productive. Defendants are still waiting for subpoenaed medical records to arrive before scheduling Plaintiff's deposition. Plaintiff has taken Defendant Stachula's deposition and has scheduled four other officers' depositions for the latter part of August.

3.  Defendants anticipate that they will have to schedule additional witness depositions based on Plaintiff's testimony at her deposition. Defendants also anticipate that they

will issue additional written discovery and document subpoenas subsequent to Plaintiff's deposition, which may yield more potential witnesses to be deposed, including several of Plaintiff's treaters.

4.  Discovery is currently scheduled to close on August 11, 2008. Defendants respectfully request a two-month extension of discovery, up to and including September 30, 2008, in order for the parties to complete the substantial number of depositions remaining, and also to obtain additional documents requested to defend this matter.

5.  In addition, the scope of any additional discovery that will need to be conducted as a result of the scheduled witness depositions is currently unknown to the parties.

6.  Given these circumstances, Defendants respectfully request the fact discovery cutoff in this case be extended to September 30, 2008, in order to properly complete fact discovery in this matter.

7.  This motion is made in the interests of justice and not made for purposes of delay.

8.  Plaintiff's counsel was informed of this motion on August 4, 2008 and agrees with its content.

**WHEREFORE,** for the reasons set forth above, Defendants respectfully request that this court enter an order extending the time in which the parties may complete fact discovery in this matter up to and including September 30, 2008.

                                                     Respectfully Submitted,

                                                     **/s/ Kathryn M. Doi**
                                                     KATHRYN M. DOI
                                                     Assistant Corporation Counsel
                                                     Attorney for Defendants

30 N. LaSalle, Suite 1400
Chicago, IL 60602
(312) 744-0742
Attny. No. 06274825