IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHERRI BOURDAGE, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7219 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| OFFICER STACHULA and the CITY OF CHICAGO, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

### NOTICE OF AGREED MOTION AND CERTIFICATE OF SERVICE

**TO:** Thomas Peters
Kevin Peters
407 S. Dearborn, Suite 1675
Chicago, IL 60605

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION TO EXTEND THE TIME IN WHICH TO COMPLETE FACT DISCOVERY**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge Kendall, or before such other Judge sitting in her place or stead, on the 7th day of August, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

I hereby certify that I have caused a true and correct copy of the above and foregoing to be delivered via ECF electronic filing to the persons named above on this August 4, 2008.

                                                  Respectfully Submitted,

                                                **/s/ Kathryn M. Doi**
                                                KATHRYN M. DOI
                                                Assistant Corporation Counsel

30 N. LaSalle, Suite 1400
Chicago, IL 60602
(312) 744-0742
Attorney No. 06274825