UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sherri Bourdage
       Plaintiff,

v.              Case No.: 1:07−cv−07219
              Honorable Virginia M. Kendall

Officer Stachula, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall:Defendants' agreed motion for extension of time to complete discovery [24] is granted. All fact discovery shall be completed by 9/30/2008. Dispositive motions with supporting memoranda due by 10/30/2008. Responses are to be filed by 12/1/2008. Replies due by 12/15/2008. Status hearing date of 8/19/2008 is reset for 10/2/2008 at 09:00 AM. Trial date of 3/16/2009 shall stand.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.